UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STACY J. LOMBARDI                      JURY TRIAL DEMANDED

v.                                           CASE NO. 3:08CV

UNITED RECOVERY SYSTEMS, LP

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 and regulations issued thereunder; the Connecticut Consumer Collection Agency Act, Conn. Gen. Stat. §36a-800 and regulations issued thereunder, or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant, at all relevant times in and after 2007, was licensed as a consumer collection agency in Connecticut.

6. During 2007, defendant attempted to collect a personal account allegedly owing to Dell Financial Services LP.

7. In November, 2007, defendant represented that if plaintiff did not make payment arrangements "within 30 days of the date of this letter," "DELL Financial Services LP may refer your account to an outside law firm to pursue you, including possibly filing a lawsuit against you for the entire balance owed plus appropriate interest and court costs."

8. It is a matter of public record, available at http://www.jud.ct.gov/ that as of the date of the letter, there was no record of Dell Financial Services having filed a lawsuit against a Connecticut resident.

9. The letter was misleading to the least sophisticated consumer.

10. The letter created a false sense of urgency.

11. Defendant contacted plaintiff's place of employment improperly.

12. Defendant contacted plaintiff's parent's improperly.

FIRST COUNT

13. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692b, -c, d, -e, -f(1), or -g.

SECOND COUNT

14. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Consumer Collection Agency Act, § 36a-800 *et seq*. Conn. Gen. Stat.

15. Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq*.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication from defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

                                          THE PLAINTIFF

                                          BY___/s/ Joanne S. Faulkner___
                                          JOANNE S. FAULKNER ct04137
                                          123 AVON STREET
                                          NEW HAVEN, CT 06511-2422
                                          (203) 772-0395
                                          j.faulkner@snet.net