UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACY J. LOMBARDI, | CIVIL ACTION NO. |
| | 3:08CV00217(AWT) |
| Plaintiff, | |
| V. | |
| UNITED RECOVERY SYSTEMS, LP, | |
| Defendant. | APRIL 22, 2008 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on her complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF
STACY J. LOMBARDI

By: _____
Joanne S. Faulkner (ct04137)

Law Offices of Joanne Faulkner
123 Avon Street
New Haven, CT  06511-2422
Tel. 203-772-0395
Email: faulknerlawoffice@snet.nets

THE DEFENDANTS
UNITED RECOVERY SYSTEMS, LP

By _____
Jonathan D. Elliot (ct05762)

Zeldes, Needle & Cooper, PC
1000 Lafayette Boulevard
Bridgeport, CT  06604
Tel. 203-333-9441
Fax 203-222-1489
Email: jelliot@znclaw.com